# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| KELLY SCHULTZ, | Case No. 21-CV-942 (NEB/HB) |
| Plaintiff, | |
| v. | ORDER OF DISMISSAL |
| WINONA PAUP, | |
| Defendant. | |

Pursuant to the parties' Stipulation of Dismissal without Prejudice filed on July 19, 2021 (ECF No. 14), IT IS HEREBY ORDERED that the above-entitled action is DISMISSED WITHOUT PREJUDICE and with each party to bear their own attorneys' fees and costs.

Dated: July 20, 2021

BY THE COURT:

s/Nancy E. Brasel
Nancy E. Brasel
United States District Judge